United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 15-13138-amc
Venise Hollis                                                          Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Virginia      Page 1 of 1      Date Rcvd: Aug 24, 2017
                      Form ID: trc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13540626        E-mail/Text: bankruptcy.bnc@ditech.com Aug 25 2017 01:17:27     GREEN TREE SERVICING LLC,
         P.O. BOX 6154,   RAPID CITY SD, 57709-6154,   888-298-7785
                                                                                            TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2017 at the address(es) listed below:
        ALEXANDRA T. GARCIA   on behalf of Creditor   AS THEIA LLC ecfmail@mwc-law.com
        ANDREW F GORNALL   on behalf of Creditor   The Bank of New York Mellon, Et Al...
         agornall@kmllawgroup.com,   bkgroup@kmllawgroup.com
        ANN E. SWARTZ   on behalf of Creditor   AS THEIA LLC ecfmail@mwc-law.com,   ecfmail@mwc-law.com
        DAVID M. OFFEN   on behalf of Debtor Venise  Hollis dmo160west@gmail.com,   davidoffenecf@gmail.com
        MEGAN N. HARPER   on behalf of Creditor   City of Philadelphia megan.harper@phila.gov,
         james.feighan@phila.gov
        PETER J. ASHCROFT   on behalf of Creditor   Regional Acceptance Corporation
         pashcroft@bernsteinlaw.com,   ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
        THOMAS I. PULEO   on behalf of Creditor   The Bank of New York Mellon, Et Al...
         tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                     TOTAL: 9

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 15-13138-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Venise Hollis
7001 Georgian Road
Philadelphia PA 19138

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/23/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 2: GREEN TREE SERVICING LLC, P.O. BOX 6154, RAPID CITY SD, 57709-6154, 888-298-7785 | The Bank of New York Mellon as Trustee Serviced by Select Portfolio Servicing, 3217 S. Decker Lake Dr. Salt Lake City, UT 84115 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    08/26/17

Tim McGrath
**CLERK OF THE COURT**