# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 15-13138-AMC

VENISE HOLLIS

7001 GEORGIAN ROAD

PHILADELPHIA, PA 19138-

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    VENISE HOLLIS

    7001 GEORGIAN ROAD

    PHILADELPHIA, PA 19138-

Counsel for debtor(s), by electronic notice only.

    DAVID OFFEN ESQUIRE
    601 WALNUT ST., SUITE 160 WEST

    PHILADELPHIA, PA 19106-

/S/ William C. Miller

Date: 12/18/2017

                                          William C. Miller, Esquire
                                          Chapter 13 Standing Trustee