# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 15-13138-AMC

VENISE HOLLIS

7001 GEORGIAN ROAD

PHILADELPHIA, PA 19138-

    Debtor

## <u>CERTIFICATE OF SERVICE</u>

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

VENISE HOLLIS

7001 GEORGIAN ROAD

PHILADELPHIA, PA 19138-

Counsel for debtor(s), by electronic notice only.

DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

    /S/ William C. Miller

Date: 5/8/2018

    _____

    William C. Miller, Esquire
    Chapter 13 Standing Trustee