# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    Venise Hollis aka Venise Hodges-Hollis,<br><br>    Debtor | Chapter 13<br><br>Case No.: 15-13138-amc |
| The Bank of New York Mellon as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2006-8,<br>    Movant,<br>vs.<br>Venise Hollis aka Venise Hodges-Hollis,<br>    Debtor / Respondent,<br>and<br>William C. Miller, Esq.,<br>    Trustee / Respondent. | |

## CERTIFICATION OF NO OBJECTION REGARDING
## MOTION FOR RELIEF FROM AUTOMATIC STAY

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on August 22, 2018, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than September 8, 2018.

    It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Respectfully submitted,
MILSTEAD & ASSOCIATES, LLC

DATED: September 10, 2018

    /s/Matthew C. Waldt
Matthew C. Waldt, Esquire
Attorney ID No. 203308
1 E. Stow Road
Marlton, NJ 08053
(856) 482-1400
Attorneys for Movant