IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Venise Hollis *aka* Venise Hodges-Hollis,<br>　　　　Debtor. | Chapter 13 |
| Select Portfolio Servicing, Inc. as servicing agent for<br>The Bank of New York Mellon as Trustee for CWABS,<br>Inc. Asset-Backed Certificates, Series 2006-8,<br>　　　　Movant,<br>vs.<br>Venise Hollis *aka* Venise Hodges-Hollis,<br>　　　　Debtors / Respondents,<br>and<br>William C. Miller, Esq.,<br>　　　　Trustee / Respondent. | Case No.: 15-13138-amc |

**ORDER GRANTING RELIEF FROM §362 AUTOMATIC STAY**

AND NOW, this __18th__ day of __September__, 20__18__, it is hereby

**ORDERED** that Select Portfolio Servicing, Inc. as servicing agent for The Bank of New York Mellon as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2006-8 is hereby granted relief from the automatic stay provided for by 11 U.S.C. §362 to permit Movant, its successors or assigns, to take any and all action necessary to enforce its rights as determined by state and/or other applicable law with regard to the real property known as and located at 7001 Georgian Rd, Philadelphia, PA 19138;

**ORDERED** that Movant shall be permitted to communicate with the Debtor and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law; and it is further

**ORDERED** that this Order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

BY THE COURT:

_____
Hon. Ashely M. Chan, U.S.B.J.

cc:　Matthew C. Waldt, Esquire
　　　David M. Offen, Esquire
　　　William C. Miller, Esq., Trustee
　　　Venise Hollis *aka* Venise Hodges-Hollis