United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 15-13138-amc
Venise Hollis                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: John              Page 1 of 1              Date Rcvd: Sep 18, 2018
                               Form ID: pdf900         Total Noticed: 7

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2018.
db             +Venise Hollis,    7001 Georgian Road,    Philadelphia, PA 19138-2118
13972448       +The Bank of New York Mellon as Trustee,     Serviced by Select Portfolio Servicing,,
                 3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Sep 19 2018 02:39:56      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 19 2018 02:39:09
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 19 2018 02:39:43      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: megan.harper@phila.gov Sep 19 2018 02:39:56      City of Philadelphia,
                 Law Revenue Bureau,   c/o Megan N. Harper, Esquire,    1401 John F. Kennedy Boulevard,
                 5th Floor, Municipal Services Bldg,    Philadelphia, PA 19102
cr             +E-mail/Text: bankruptcy.bnc@ditech.com Sep 19 2018 02:38:42      Ditech Financial LLC,
                 PO BOX 0049,   Palatine, IL 60055-0001
                                                                                              TOTAL: 5

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           ##+SELECT PORTFOLIO SERVICING, INC.,   3815 South West Temple,   Salt Lake City, UT 84115-4412
                                                                                  TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2018 at the address(es) listed below:
              ALEXANDRA T. GARCIA    on behalf of Creditor    AS THEIA LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              ANDREW F GORNALL    on behalf of Creditor    The Bank of New York Mellon, Et Al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              ANN E. SWARTZ    on behalf of Creditor    AS THEIA LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              DAVID M. OFFEN    on behalf of Debtor Venise  Hollis dmo160west@gmail.com, davidoffenecf@gmail.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    The Bank of New York Mellon as Trustee for
               CWABS, Inc. Asset-Backed Certificates, Series 2006-8 mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC.
               mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              MEGAN N. HARPER    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov,
               karena.blaylock@phila.gov
              PETER J. ASHCROFT    on behalf of Creditor    Regional Acceptance Corporation
               pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              THOMAS I. PULEO    on behalf of Creditor    The Bank of New York Mellon, Et Al...
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 11
```

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Venise Hollis *aka* Venise Hodges-Hollis,<br>                Debtor. | Chapter 13 |
| Select Portfolio Servicing, Inc. as servicing agent for<br>The Bank of New York Mellon as Trustee for CWABS,<br>Inc. Asset-Backed Certificates, Series 2006-8,<br>                Movant,<br>vs.<br>Venise Hollis *aka* Venise Hodges-Hollis,<br>                Debtors / Respondents,<br>and<br>William C. Miller, Esq.,<br>                Trustee / Respondent. | Case No.: 15-13138-amc |

**ORDER GRANTING RELIEF FROM §362 AUTOMATIC STAY**

AND NOW, this  18th  day of  September , 20 18 , it is hereby

**ORDERED** that Select Portfolio Servicing, Inc. as servicing agent for The Bank of New York Mellon as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2006-8 is hereby granted relief from the automatic stay provided for by 11 U.S.C. §362 to permit Movant, its successors or assigns, to take any and all action necessary to enforce its rights as determined by state and/or other applicable law with regard to the real property known as and located at 7001 Georgian Rd, Philadelphia, PA 19138;

**ORDERED** that Movant shall be permitted to communicate with the Debtor and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law; and it is further

**ORDERED** that this Order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

BY THE COURT:

_____
Hon. Ashely M. Chan, U.S.B.J.

cc:    Matthew C. Waldt, Esquire
        David M. Offen, Esquire
        William C. Miller, Esq., Trustee
        Venise Hollis *aka* Venise Hodges-Hollis